| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | KIMO Tile @ Marble, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  KIMO Tile LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-5079883 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7 Fowler Ave.**<br>**Millville, NJ 08332**<br>Number, Street, City, State & ZIP Code | **P.O. Box 2179**<br>**Vineland, NJ 08362**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cumberland**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | http://kimotile.net/ |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **KIMO Tile @ Marble, LLC**                    Case number (*if known*) _____
     Name

---

**7.**    **Describe debtor's business**     A. *Check one:*

     ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

     ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

     ☐ Railroad (as defined in 11 U.S.C. § 101(44))

     ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

     ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

     ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

     ■ None of the above

     B. *Check all that apply*

     ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

     ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

     ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

     C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
     http://www.uscourts.gov/four-digit-national-association-naics-codes.

         __2383__

---

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

     ☐ Chapter 7

     ☐ Chapter 9

     ■ Chapter 11. *Check **all** that apply:*

         ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

         ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

         ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

         ☐ A plan is being filed with this petition.

         ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

         ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

         ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

     ☐ Chapter 12

---

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**     ■ No.

If more than 2 cases, attach a separate list.     ☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

---

Debtor    **KIMO Tile @ Marble, LLC** _____    Case number (*if known*) _____
           Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship | _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**  .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | **KIMO Tile @ Marble, LLC** | | Case number (*if known*) | |
| | Name | | | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | KIMO Tile @ Marble, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/9/2024
_____
MM / DD / YYYY

X  *Sasha Kissoondath*
_____
Signature of authorized representative of debtor

**Sasha Richard Kissoondath**
_____
Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

X  *Edmond George*
_____
Signature of attorney for debtor

Date   10/9/2024
_____
MM / DD / YYYY

**Edmond M. George, Esquire 038771988**
_____
Printed name

**Obermayer Rebmann Maxwell & Hippel LLP**
_____
Firm name

**Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102**
_____
Number, Street, City, State & ZIP Code

Contact phone   **215-665-3140**      Email address   **edmond.george@obermayer.com**

**038771988 NJ**
_____
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **KIMO Tile @ Marble, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/9/2024        x  *Sasha Kissoondath*
                                    Signature of individual signing on behalf of debtor

**Sasha Richard Kissoondath**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | KIMO Tile @ Marble, LLC |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AT&T 1 AT&T Way Bedminster, NJ 07921** | | | | | | $332.00 |
| **Comcast 1701 John F Kennedy Blvd #300 Philadelphia, PA 19103** | | | | | | $483.00 |
| **Ernest Bock & Sons 2800 Southampton Rd Philadelphia, PA 19154** | | | | | | $312,764.34 |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | **For notice purposes** | | **Contingent Unliquidated Disputed** | | | Unknown |
| **Local 7 Tile Industry, Annuity, Pension 45-34 Court Square Long Island City, NY 11101** | | | **Contingent Unliquidated Disputed** | | | $658,683.18 |
| **South Jersey Gas One South Jersey Place Atlantic City, NJ 08401** | | | | | | $327.00 |
| **The Hartford Insurance 1515 Market St., Ste 1802 Philadelphia, PA 19102** | | | | | | $14,000.00 |

| Debtor | **KIMO Tile @ Marble, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vineland Electric Vineland Municipal Utilities 640 E. Wood St. Vineland, NJ 08360** | | | | | | **$439.00** |
| **Wausau Tile PO Box 1520 Wausau, WI 54402-1520** | | | | | | **$30,145.00** |

**Fill in this information to identify the case:**

Debtor name     **KIMO Tile @ Marble, LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...................................................................................... $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................. $     **279,726.32**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................... $     **279,726.32**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **1,017,173.52**

4.  Total liabilities .............................................................................................................
    Lines 2 + 3a + 3b                                $     **1,017,173.52**

| Fill in this information to identify the case: |
|---|
| Debtor name **KIMO Tile @ Marble, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$17,108.32** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
       Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$17,108.32** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **228,000.00** | - **0.00** = .... | **$228,000.00** |
| | face amount | doubtful or uncollectible accounts | |

| Debtor | **KIMO Tile @ Marble, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$228,000.00

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** <br> **Misc. tile pieces** | | $25,000.00 | Recent cost | $25,000.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$25,000.00

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor **KIMO Tile @ Marble, LLC**                              Case number *(If known)* _____
        Name

| | | | | | |
|---|---|---|---|---|---|
| 39. | **Office furniture** | | | | |
| | Office desks (2) | $0.00 | Estimated FMV | | $100.00 |
| | Office chairs (2) | $0.00 | Estimated FMV | | $40.00 |
| 40. | **Office fixtures** | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | | |
| | Computers (2) | $0.00 | Estimated FMV | | $100.00 |
| | Television | $0.00 | Estimated FMV | | $50.00 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                                                          | $290.00 |
        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2011 Ford van, VIN GCWGFFA1B1125403** | $0.00 | Estimated FMV | $1,000.00 |
| 47.2. **2015 Ford transit van, VIN NM0LS7F7XF1212053** | $0.00 | Estimated FMV | $1,000.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor    **KIMO Tile @ Marble, LLC**                                      Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Wet saws (5)** | $0.00 | **Estimated FMV** | **$5,000.00** |
| **Drill mixers (7)** | $0.00 | **Estimated FMV** | **$1,253.00** |
| **Bakers scaffolds (3)** | $0.00 | **Estimated FMV** | **$675.00** |
| **Buffing machine** | $0.00 | **Estimated FMV** | **$400.00** |

51.   **Total of Part 8.**                                                                    | **$9,328.00** |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's interest** |
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Docusign Envelope ID: 1B0F4AD9-D47A-48C8-A468-8383E31D8625

Debtor    **KIMO Tile @ Marble, LLC**                                          Case number *(If known)* _____
              Name

| | |
|---|---|
| **Claims against Local 7 for tortious interference with existing contractual behavior and duty of good faith** | **Unknown** |
| Nature of claim | |
| Amount requested | **$0.00** |

---

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                          **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **KIMO Tile @ Marble, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$17,108.32** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$228,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$25,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$290.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$9,328.00** | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **Undetermined** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$279,726.32** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$279,726.32** |

**Fill in this information to identify the case:**

Debtor name      **KIMO Tile @ Marble, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Docusign Envelope ID: 1B0F4AD9-0A7A-48C8-A468-8383E31D8625

| Fill in this information to identify the case: |
|---|

Debtor name     **KIMO Tile @ Marble, LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $332.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**AT&T**
**1 AT&T Way**
**Bedminster, NJ 07921**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**CitiBank**
**Citibank Client Services**
**U.S. Service Center Attn: C.P.S.**
**PO Box 769007**
**San Antonio, TX 78245-9966**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | KIMO Tile @ Marble, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$483.00**

**Comcast**
**1701 John F Kennedy Blvd #300**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Daltile Corporation**
**7834 C F Hawn Fwy**
**Dallas, TX 75217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**DDS Tile**
**2715 SE 8th Avenue**
**Suite 118**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**DH Cook & Associates**
**1040 6th Ave**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$312,764.34**

**Ernest Bock & Sons**
**2800 Southampton Rd**
**Philadelphia, PA 19154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Floorlayers Local 251**
**91 Fieldcrest Avenue**
**Suite A22**
**Edison, NJ 08837**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Garden State Tile**
**1324 Wyckoff Road**
**Wall Township, NJ 07753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | KIMO Tile @ Marble, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$658,683.18** |
|---|---|---|---|
| | **Local 7 Tile Industry, Annuity, Pension**<br>**45-34 Court Square**<br>**Long Island City, NY 11101** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Rottenberg Lipman Rich, P.C.**<br>**The Helmsley Building**<br>**230 Park Avenue, 18th Floor**<br>**New York, NY 10169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327.00** |
|---|---|---|---|
| | **South Jersey Gas**<br>**One South Jersey Place**<br>**Atlantic City, NJ 08401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|
| | **The Hartford Insurance**<br>**1515 Market St., Ste 1802**<br>**Philadelphia, PA 19102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Travelers Insurance**<br>**485 Lexington Ave**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$439.00** |
|---|---|---|---|
| | **Vineland Electric**<br>**Vineland Municipal Utilities**<br>**640 E. Wood St.**<br>**Vineland, NJ 08360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,145.00** |
|---|---|---|---|
| | **Wausau Tile**<br>**PO Box 1520**<br>**Wausau, WI 54402-1520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | KIMO Tile @ Marble, LLC | Case number (if known) | |
|--------|-------------------------|------------------------|--|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Floorlayers Local 251**<br>**Regional Director of Floorcovering**<br>**Attn: Frank Koch**<br>**26 South New York Avenue**<br>**Atlantic City, NJ 08401** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Floorlayers Local 251**<br>**Council Representative, Kevin Olson**<br>**Eastern PA, DE, and Eastern Shore MD**<br>**1803 Spring Garden Street**<br>**Philadelphia, PA 19130** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Wausau Tile**<br>**9001 Bus. Hwy 51**<br>**Rothschild, WI 54474** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |

<div style="background:black">

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

</div>

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,017,173.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,017,173.52 |

Docusign Envelope ID: 1B0F4AD9-D47A-48C8-A468-8383E31D8625

**Fill in this information to identify the case:**

Debtor name     **KIMO Tile @ Marble, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Collective bargining agreement**<br><br><br><br>BAC Local 7<br>45-34 Court Square<br>Long Island City, NY 11101 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2023 settlement agreement of previous litigation over 2018 pension contributions**<br><br>BAC Local 7<br>45-34 Court Square<br>Long Island City, NY 11101 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontractor agreement: Classroom Wing Addition at John P Stevens High School**<br><br>Bismark Construction Corp.<br>207-209 Berkeley Avenue<br>Newark, NJ 07107 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontract agreement: Secaucus Senior Center**<br><br>Brockwell & Carrington Contractors, Inc.<br>1 Como Court<br>Towaco, NJ 07082 |

Debtor 1   KIMO Tile @ Marble, LLC
First Name        Middle Name            Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontract agreement: Career Training Center on the County College of Morris**<br><br><br>**Brockwell & Carrington Contractors, Inc.**<br>**1 Como Court**<br>**Towaco, NJ 07082** |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontract agreement: Interior Alterations at Wall Schools - Wall, NJ**<br><br><br>**Catel, Inc.**<br>**PO Box 1383**<br>**Belmar, NJ 07719** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontract agreement: Levain Bakery**<br><br><br>**D'Lauro & Rodgers, Inc.**<br>**275 Commerce Drive, Suite 200**<br>**Fort Washington, PA 19034** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontract agreement: CST Ready Building**<br><br><br>**Epic Management, Inc.**<br>**136 Eleventh Street**<br>**Piscataway, NJ 08854** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontract agreement: Ocean County Social Services Complex**<br><br><br>**Epic Management, Inc.**<br>**136 Eleventh Street**<br>**Piscataway, NJ 08854** |

Docusign Envelope ID: 1B0F4ADB-0A7A-48C8-A468-8383E31D8625

Debtor 1    **KIMO Tile @ Marble, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract agreement: GenScript ProBio USA, Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Epic Management, Inc.** |
| | List the contract number of any government contract | | **136 Eleventh Street** |
| | | | **Piscataway, NJ 08854** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Collective bargaining agreement** | |
|---|---|---|---|
| | State the term remaining | | **Floorlayers Local 251** |
| | List the contract number of any government contract | | **91 Fieldcrest Avenue** |
| | | | **Suite A22** |
| | | | **Edison, NJ 08837** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract: Center for Jewish Life - Kitchen & Servery Renovation & Expansion** | |
|---|---|---|---|
| | State the term remaining | | **Irwin & Leighton, Inc.** |
| | List the contract number of any government contract | | **1014 West 9th Avenue** |
| | | | **King of Prussia, PA 19406** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Construction subcontract: Renovations at Thomas Jefferson Middle School, Edison** | |
|---|---|---|---|
| | State the term remaining | | **Kappa Construction Corp.** |
| | List the contract number of any government contract | | **1 Freehold Road** |
| | | | **Ocean, NJ 07712** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract for construction: Building 18 and 18A Renovations - NJ DOT Headquarters Complex** | |
|---|---|---|---|
| | State the term remaining | | **Newport Construction Corporation** |
| | List the contract number of any government contract | | **5032 Marlton Pike** |
| | | | **Pennsauken, NJ 08109** |

Debtor 1    **KIMO Tile @ Marble, LLC**
_____    Case number (*if known*) _____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Subcontract for construction: John A. Carusi Middle School 2024-28 Referendum Renovations** | |
| State the term remaining | |
| List the contract number of any government contract | **Newport Construction Management Corp 5032 Marlton Pike Pennsauken, NJ 08109** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Initial project workforce report construction** | |
| State the term remaining | |
| List the contract number of any government contract | **North Bergen BOE 7317 Kennedy Blvd North Bergen, NJ 07047** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Select Restroom Renovations for the Middlesex Board of Education** | |
| State the term remaining | |
| List the contract number of any government contract | **Salazar & Associates, Inc. 2226 Morris Avenue Union, NJ 07083** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase order: South Hunterdon PreK-4 Additions & Alterations** | |
| State the term remaining | |
| List the contract number of any government contract | **Scozzari Builders Inc 1891 North Olden Ave Trenton, NJ 08638** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Master subcontract agreement: South Brunswick Public Library** | |
| State the term remaining | |
| List the contract number of any government contract | **Shorelands Construction Inc. 175 Washington St. Long Branch, NJ 07740** |

Debtor 1   **KIMO Tile @ Marble, LLC**                                        Case number (if known)
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract: Chase - Philadelphia Broad & Walnut** | |
|---|---|---|---|
| | State the term remaining | | **Structure Tone, LLC** |
| | List the contract number of any government contract | | **1500 Walnut Street, Ste. 1410 Philadelphia, PA 19102** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract agreement: Virtua Brace Road Renovations, Ceramic Tile (ph 2)** | |
|---|---|---|---|
| | State the term remaining | | **Turner Construction Company** |
| | List the contract number of any government contract | | **2001 Market Street Suite 1200 Philadelphia, PA 19103** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Sobcontract agreement: Virtua Brace Road Renovations, Tile (Ph 1)** | |
|---|---|---|---|
| | State the term remaining | | **Turner Construction Company** |
| | List the contract number of any government contract | | **2001 Market Street Suite 1200 Philadelphia, PA 19103** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract agreement: Virtua Willingboro Radiology Reno, Tile (ph 4)** | |
|---|---|---|---|
| | State the term remaining | | **Turner Construction Company** |
| | List the contract number of any government contract | | **2001 Market Street Suite 1200 Philadelphia, PA 19103** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract agreement: Virtua Brace Road Renovations, Tile (Ph 3)** | |
|---|---|---|---|
| | State the term remaining | | **Turner Construction Company** |
| | List the contract number of any government contract | | **2001 Market Street Suite 1200 Philadelphia, PA 19103** |

Debtor 1    **KIMO Tile @ Marble, LLC**

First Name          Middle Name          Last Name          Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontract agreement: Virtua - Swedesboro OBGYN, Tile** | **Turner Construction Company<br>2001 Market Street<br>Suite 1200<br>Philadelphia, PA 19103** |
|---|---|---|---|
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontract agreement: Virtua Willingboro Radiology Reno, Tile (Ph 3)** | **Turner Construction Company<br>2001 Market Street<br>Suite 1200<br>Philadelphia, PA 19103** |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subcontract: Classroom Additions and Renovations at Sussex County Technical School** | **Vanas Construction Co., Inc.<br>249 Leonia Avenue<br>Bogota, NJ 07603** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **KIMO Tile @ Marble, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

|     | Name | Mailing Address | Name | Check all schedules that apply: |
|-----|------|-----------------|------|-------------------------------|
| 2.1 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **KIMO Tile @ Marble, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$478,926.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$432,480.00** |
   | **For the fiscal year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$430,482.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Docusign Envelope ID: 1B0F4ADB-D47A-48C8-A468-8383E31D8625

| Debtor | KIMO Tile @ Marble, LLC | | | Case number *(if known)* |
|--------|--------------------------|--|--|--------------------------|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|--|------------------------------|-------|------------------------|---------------------------------------------------------|
| 3.1. | **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|--|--------------------------------------------------------|-------|------------------------|---------------------------------|
| 4.1. | **Sasha Richard Kissoondath<br>7 Fowler Ave.<br>Millville, NJ 08332<br>Managing Member** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|-----------------------------|--------------------------|------|-------------------|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|-----------------------------------------|------------------------|--------|

| Part 3: | Legal Actions or Assignments |
|---------|-------------------------------|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|--|----------------------------|----------------|-------------------------------------|-----------------|
| 7.1. | **Trustees of the Local 7 Tile Industry Welfare Fund vs Kimo Tile Marble, LLC<br>CUM-L-000544-24** | **Contract/Commercial Transaction** | **NJ Superior Court, Cumberland County<br>60 West Broad Street<br>Bridgeton, NJ 08302** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Docusign Envelope ID: 1B0F4AD8-D47A-48C8-A468-8383E31D8625

| Debtor | KIMO Tile @ Marble, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case | |
|---|---|---|---|---|
| 7.2. **Trustees of the Local 7 Tile Industry Welfare Fund, Trustees of the Local 7 Tile Industry Annuity Fund, Trustees of the Tile Layers Local Union 52 Pension Fund et al v. Kimo Tile & Marble, Limited Liability Company 1:18-cv-03344-EK-CLP** | **E.R.I.S.A.-Employee Benefits** | **US District Court, Eastern District NY 225 Cadman Plaza East Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>■ Concluded | |
| 7.3. **Trustees of the Local 7 Tile Industry Welfare Fund et al v. Kimo Tile & Marble, Limited Liability Company et al 1:23-cv-07377-HG-LKE** | **E.R.I.S.A.-Employee Benefits** | **US District Court, Eastern District NY 225 Cadman Plaza East Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded | |
| 7.4. **Ernest Bock & Sons, Inc. Vs Kimo Tile & Marble MER-L-001062-22** | **Professional malpractice** | **NJ Superior Court, Mercer County 175 South Broad Street Trenton, NJ 08650-0068** | ■ Pending<br>☐ On appeal<br>☐ Concluded | |
| 7.5. **Kimo Tile & Marble, Llc Vs Rieflo Construction CUM-L-000775-19** | **Book account, debt collection** | **NJ Superior Court, Cumberland County 60 West Broad Street Bridgeton, NJ 08302** | ■ Pending<br>☐ On appeal<br>☐ Concluded | |
| 7.6. **KIMO TILE & MARBLE VS RIDGE CONSTRUCTION CORP. DJ-059160-20** | **Judgment** | **NJ Superior Court, Middlesex County 56 Paterson Street New Brunswick, NJ 08903-0964** | ■ Pending<br>☐ On appeal<br>☐ Concluded | |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **KIMO Tile @ Marble, LLC**                              Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Obermayer Rebmann Maxwell & Hippel LLP**<br>**Centre Square West**<br>**1500 Market Street, Suite 3400**<br>**Philadelphia, PA 19102** | **Payment for legal services** | **10/2/2024, 10/7/2024** | **$91,262.00** |
| **Email or website address**<br>**https://www.obermayer.com/** | | | |
| **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Debtor    **KIMO Tile @ Marble, LLC**    Case number *(if known)*

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<hr>

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<hr>

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Shed**<br>**7 Fowler Ave**<br>**Millville, NJ 08332** | **Sasha Kissoondath**<br>**7 Fowler Ave.**<br>**Millville, NJ 08332** | **Tile and setting materials** | ☐ No<br>■ Yes |

<hr>

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor   KIMO Tile @ Marble, LLC
_____   Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor    KIMO Tile @ Marble, LLC _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Nicholas Cinquino**<br>**509 White Horse Pike A**<br>**Haddon Heights, NJ 08035** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sasha Richard Kissoondath** | **7 Fowler Ave.**<br>**Millville, NJ 08332** | **Managing Member** | **51** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Doris Montalvo** | **314 Summit Street**<br>**Vineland, NJ 08360** | **Minority Member** | **3/14/2014-6/2/2021** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Debtor | KIMO Tile @ Marble, LLC | | Case number *(if known)* | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Local 7 Tile Industry, Annuity, Pension, Benefit and Welfare funds** | EIN: |
| **Bricklayers and Allied Craftworkers Local 1 PA/DE Pension Fund** | EIN: |

---

**Part 14:** Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 10/9/2024

_Sasha Kissoondath_
Signature of individual signing on behalf of the debtor

**Sasha Richard Kissoondath**
Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Docusign Envelope ID: 1B0F4AD9-0A7A-48C8-A468-8383E31D8625

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re    **KIMO Tile @ Marble, LLC**                          Case No. _____

                                                           Debtor(s)                          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

          For legal services, I have agreed to accept _____    $ _____**91,262.00**

          Prior to the filing of this statement I have received _____    $ _____**91,262.00**

          Balance Due _____    $ _____**0.00**

2.   $ **1,738.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
        **Negotiation, drafting, filing of First Day Motions, a Plan and Disclosure, seeking confirmation of same, filing objections to claims and adversary proceedings.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/9/2024
_____
*Date*

                    *Edmond George*

**Edmond M. George, Esquire 038771988**
*Signature of Attorney*
**Obermayer Rebmann Maxwell & Hippel LLP**

**215-665-3140   Fax: 215-665-3165**
**edmond.george@obermayer.com**
*Name of law firm*

---

Docusign Envelope ID: 1B0F4AD9-D47A-48C8-A468-8383E31D8625

# United States Bankruptcy Court
### District of New Jersey

In re   <u>KIMO Tile @ Marble, LLC</u>                              Case No. _____

                                                                Chapter    **11**

                                         Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Doris Montalvo**<br>**314 Summit Street**<br>**Vineland, NJ 08360** | | **49%** | **Ownership** |
| **Sasha Kissoondath**<br>**7 Fowler Ave.**<br>**Millville, NJ 08332** | | **51%** | **Membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   <u>10/9/2024</u>                    Signature   *Sasha Kissoondath*

                                        **Sasha Richard Kissoondath**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Docusign Envelope ID: 1B0F4AD9-D47A-48C8-A468-8383E31D8625

# United States Bankruptcy Court
## District of New Jersey

In re     **KIMO Tile @ Marble, LLC**                                    Case No. _____

_____     Chapter     **11**_____
                                    Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:     10/9/2024_____          _Sasha kissoondath_____

                                    **Sasha Richard Kissoondath/Managing Member**
                                    Signer/Title

AT&T
1 AT&T Way
Bedminster, NJ 07921


BAC Local 7
45-34 Court Square
Long Island City, NY 11101


Bismark Construction Corp.
207-209 Berkeley Avenue
Newark, NJ 07107


Brockwell & Carrington Contractors, Inc.
1 Como Court
Towaco, NJ 07082


Catel, Inc.
PO Box 1383
Belmar, NJ 07719


CitiBank
Citibank Client Services
U.S. Service Center Attn: C.P.S.
PO Box 769007
San Antonio, TX 78245-9966


Comcast
1701 John F Kennedy Blvd #300
Philadelphia, PA 19103


D'Lauro & Rodgers, Inc.
275 Commerce Drive, Suite 200
Fort Washington, PA 19034


Daltile Corporation
7834 C F Hawn Fwy
Dallas, TX 75217


DDS Tile
2715 SE 8th Avenue
Suite 118
Portland, OR 97202

DH Cook & Associates
1040 6th Ave
New York, NY 10018


Epic Management, Inc.
136 Eleventh Street
Piscataway, NJ 08854


Ernest Bock & Sons
2800 Southampton Rd
Philadelphia, PA 19154


Floorlayers Local 251
Regional Director of Floorcovering
Attn: Frank Koch
26 South New York Avenue
Atlantic City, NJ 08401


Floorlayers Local 251
Council Representative, Kevin Olson
Eastern PA, DE, and Eastern Shore MD
1803 Spring Garden Street
Philadelphia, PA 19130


Floorlayers Local 251
91 Fieldcrest Avenue
Suite A22
Edison, NJ 08837


Garden State Tile
1324 Wyckoff Road
Wall Township, NJ 07753


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Irwin & Leighton, Inc.
1014 West 9th Avenue
King of Prussia, PA 19406


Kappa Construction Corp.
1 Freehold Road
Ocean, NJ 07712

Docusign Envelope ID: 1B0F4AD9-0476-48C8-A468-8383E31D8625

Local 7 Tile Industry, Annuity, Pension
45-34 Court Square
Long Island City, NY 11101


Newport Construction Corporation
5032 Marlton Pike
Pennsauken, NJ 08109


Newport Construction Management Corp
5032 Marlton Pike
Pennsauken, NJ 08109


North Bergen BOE
7317 Kennedy Blvd
North Bergen, NJ 07047


Rottenberg Lipman Rich, P.C.
The Helmsley Building
230 Park Avenue, 18th Floor
New York, NY 10169


Salazar & Associates, Inc.
2226 Morris Avenue
Union, NJ 07083


Scozzari Builders Inc
1891 North Olden Ave
Trenton, NJ 08638


Shorelands Construction Inc.
175 Washington St.
Long Branch, NJ 07740


South Jersey Gas
One South Jersey Place
Atlantic City, NJ 08401


Structure Tone, LLC
1500 Walnut Street, Ste. 1410
Philadelphia, PA 19102


The Hartford Insurance
1515 Market St., Ste 1802
Philadelphia, PA 19102

Docusign Envelope ID: 1B0F4ADB-047A-48C8-A468-8383E31D8625

Travelers Insurance
485 Lexington Ave
New York, NY 10017


Turner Construction Company
2001 Market Street
Suite 1200
Philadelphia, PA 19103


Vanas Construction Co., Inc.
249 Leonia Avenue
Bogota, NJ 07603


Vineland Electric
Vineland Municipal Utilities
640 E. Wood St.
Vineland, NJ 08360


Wausau Tile
PO Box 1520
Wausau, WI 54402-1520


Wausau Tile
9001 Bus. Hwy 51
Rothschild, WI 54474

# United States Bankruptcy Court
### District of New Jersey

In re    **KIMO Tile @ Marble, LLC** _____

Debtor(s)

Case No. _____

Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **KIMO Tile @ Marble, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

10/9/2024
_____
Date

*Edmond George*
(DocuSigned by:)

**Edmond M. George, Esquire 038771988**

Signature of Attorney or Litigant

Counsel for   **KIMO Tile @ Marble, LLC** _____

**Obermayer Rebmann Maxwell & Hippel LLP**

**215-665-3140 Fax:215-665-3165**
**edmond.george@obermayer.com**

## KIMO TILE @ MARBLE, LLC
## WRITTEN CONSENT OF THE MEMBER

### Dated: Wednesday, October 9, 2024

The undersigned, being the Managing Member of KIMO Tile @ Marble, LLC, a New Jersey limited liability company (the "Company"), acting by consent in writing, does hereby adopt the following preambles and resolutions as constituting valid actions of the Company:

### BACKGROUND

**WHEREAS**, the Managing Member has considered the financial condition of the Company, and consulted advisors regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business (the "Business"); and

**WHEREAS**, the Managing Member has had the opportunity to analyze the finances and operations of the Business and has consulted with the financial and legal advisors of the Company, and have assessed the considerations related to the commencement of a Chapter 11 Subchapter V case under title 11 of the United States Code (the "Bankruptcy Code").

### (Chapter 11 – SubChapter V Bankruptcy Petition)

**WHEREAS**, in light of the Company's current disputes with creditors, the Managing Member has investigated, discussed, and considered options for addressing the Company's financial challenges and, after consultation with the Company's advisors, have concluded that it is in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code;

**WHEREAS**, the Managing Member has agreed to and has loaned to the Company, sufficient moneys to institute Chapter 11 proceedings, including the filing fees for the petition; now, therefore, be it

**RESOLVED**, that Sasha Kissoondath, as the sole Managing Member of the Company, and upon the earlier consent of the other Member as provided in an earlier agreement, is hereby authorized, empowered and directed, in the name of and on behalf of the Company, to execute and verify a petition under Chapter 11 of the Bankruptcy Code, and all related and necessary pleadings and documents, and to cause the same to be filed in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), at such time as the Managing Member shall determine in consultation with the Company's legal and financial advisors; and it is further

**RESOLVED**, that the law firm of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer") is hereby retained to provide legal services for the Company in the Chapter 11 case, subject to Bankruptcy Court approval and payment to Obermayer a retainer in the amount of $93,000.00 including the filing fee, for the partial payment of services provided in the Chapter 11 case, with postpetition fees subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the Managing Member, or its duly appointed designee (as defined herein) is hereby authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, or professionals, and to take and perform any and all further acts and deeds deemed necessary, proper or desirable in connection with the successful prosecution of the Chapter 11 case; and it is further

**RESOLVED**, that the Managing Member, or its duly appointed designee, are hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, including without limitation, the amendment of any organizational, constitutional, or similar documents of subsidiaries of the Company for the preservation of same and/or the value of the debtor estate, and to take such action as in the judgment of the Member, be or become necessary, proper, and desirable to file the Chapter 11 proceedings; and it is further

**RESOLVED**, that any and all past actions heretofore taken by the Managing Member, or other Officers in the name of and/or on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

**RESOLVED,** that the filing by the Company of a petition seeking relief under chapter 11 of the Bankruptcy Code shall not result in a dissolution of the Company.

### (General Resolutions)

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Members; and it is further

**RESOLVED**, that the Members have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or have waived any right to have received such notice by prior agreement; and it is further

**RESOLVED**, that the Managing Member or his duly appointed designee be and hereby are authorized and empowered to take all actions, or to not take any action, in the name of the Company with respect to the transactions contemplated by these resolutions hereunder, as the Managing Member shall deem necessary or desirable in their reasonable business judgment as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

4869-7121-6622 v2

Docusign Envelope ID: 1B0F4AD9-047A-48C8-A468-8383E31D8625

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent of the Members as of the date first set forth above.

KIMO TILE @ MARBLE, LLC,

Dated: 10/9/2024                    By: _Sasha kissoondath_____

SASHA KISSOONDATH
Managing Member

3

4869-7121-6622 v2