| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** <br> Edmond M. George, Esquire <br> Michael D. Vagnoni, Esquire <br> (pro hac vice forthcoming) <br> 1120 Route 73, Suite 420 <br> Mount Laurel, NJ 08054-5108 <br> Telephone: (856) 795-3300 <br> Facsimile: (856) 482-0504 <br> E-mail:   edmond.george@obermayer.com <br> michael.vagnoni@obermayer.com <br><br> Proposed Counsel to the Debtor <br> and Debtor in Possession |

| | |
|---|---|
| In re: | Chapter 11 |
| KIMO TILE @ MARBLE, LLC, | Case No. 24- _____ - (   ) |
| Debtor. | |

**ORDER AUTHORIZING RETENTION OF OBERMAYER REBMANN MAXWELL & HIPPEL LLP AS COUNSEL TO THE DEBTOR IN POSSSESSION**

The relief set forth on the following pages is hereby **ORDERED.**

4858-9216-1259

1

Upon the applicant, KIMO Tile @ Marble, LLC's (the "Debtor" or "Applicant"), request for authorization to retain <u>Obermayer Rebmann Maxwell & Hippel</u> LLP as its general bankruptcy counsel, it is hereby ORDERED:

1. The Applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: <u>Obermayer Rebmann Maxwell & Hippel LLP</u>
   <u>1120 Route 73, Suite 420</u>
   <u>Mount Laurel, NJ 08054-5108</u>

2. Obermayer will charge an hourly rate, from $400 to $700 per hour for attorneys and $125 per hour for paralegals, depending on the level of seniority of the individual performing the services, which is adjusted annually, plus reimbursement for all actual out-of-pocket expenses incurred in connection with this engagement, as approved by the Court upon application.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of the retention is the date the Application was filed with the Court.