| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** <br> Edmond M. George, Esquire <br> Michael D. Vagnoni, Esquire <br> (pro hac vice forthcoming) <br> 1120 Route 73, Suite 420 <br> Mount Laurel, NJ 08054-5108 <br> Telephone: (856) 795-3300 <br> Facsimile: (856) 482-0504 <br> E-mail:  edmond.george@obermayer.com <br>              michael.vagnoni@obermayer.com <br><br> Proposed Counsel to the Debtor <br> and Debtor in Possession |
| In re: <br><br> KIMO TILE @ MARBLE, LLC, <br><br> Debtor. |

Chapter 11

Case No. 24- _____ - (  )

# CERTIFICATION OF SERVICE

1. I, <u>Edmond M. George</u>:

    ☒ represent the <u>Debtor in possession</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>October 9, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    1 - Application for Retention of Obermayer Rebmann Maxwell & Hippel LLP as Counsel to the Debtor
    2 - Certification of Professional in Support of Application for Retention of Professional
    3 - Proposed Order Authorizing Retention of Professional

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>October 9, 2024</u>     <u>/s/ *Edmond M. George*</u>
                                 Signature

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other <u>Electronic Means Rule 9013-2</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| KIMO Tile @ Marble, LLC<br>P.O. Box 2179<br>Vineland, NJ 08362 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other <u>Electronic Means Rule 9013-2</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |

4858-9216-1259

3