| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on January 8, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>KIMO Tile @ Marble, LLC | Case No.: 24-20009-JNP<br>Chapter: 11 (Small Business Subchapter V)<br>Judge: Poslusny |

**ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING**

The relief set forth on the following page is **ORDERED**.

**DATED: January 8, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

This matter having been opened to the Court by \_\_\_\_\_KIMO Tile @ Marble, LLC\_\_\_\_\_, Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, the Plan, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee and to the United States Trustee.

B. 2/13/2025 is fixed as the last day for filing and serving written objections to confirmation of the Plan.

C. 2/13/2025 is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a).

D. If applicable, if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is n/a.

E. A hearing will be scheduled for 2/20/2025 at 10:00 am for confirmation of the Plan before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Court, District of New Jersey, 400 Cooper Street, Camden, NJ 08101, in Courtroom 4C.

*rev.2/28/2024*