Order Filed on June 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire (*pro hac vice*)<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:  edmond.george@obermayer.com<br>           michael.vagnoni@obermayer.com<br><br>Counsel to the Debtor and Debtor in Possession | |
| In re:<br><br>KIMO TILE @ MARBLE, LLC,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 24-20009-JNP |

## ORDER GRANTING ALLOWANCES TO ASTERION, INC.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 5, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

4923-8967-5324 v1

**Page 2**
**Debtor:** KIMO Tile @ Marble, LLC
**Case No:** 24-20009-JNP
**Caption of Order:** Order Granting Allowances to Asterion, Inc.

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Asterion, Inc. | $19,273.50 | $0 |

4923-8967-5324 v1